SUCESIÓN DE JUAN SURO, DEMANDANTE Y APELANTE, *v.* SUCESIÓN DE ENCARNACIÓN PRADO ET AL., DEMANDADOS Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Primera, en pleito sobre inexistencia de contrato y otros extremos.

No. 2177.—Resuelto en abril 21, 1921.

DESESTIMACIÓN DE APELACIÓN—ALEGATO DEFICIENTE—SEÑALAMIENTO DE ERRORES.—Un alegato en el que meramente se copian las alegaciones y la opinión de la corte y en el que se pretende discutir supuestos errores sin hacerse una breve relación de los hechos y un claro señalamiento de tales errores, no cumple con los requisitos exigidos por las reglas 42 y 43 del Reglamento del Tribunal Supremo por lo cual procede la desestimación del recurso.

Los hechos están expresados en la opinión.

Abogados de la apelante: Sres. *Rincón & Sarriera* y *J. Hernández López.*

Abogados de los apelados: Sres. *Alvarez Nava & Domínguez* y *F. Soto Gras.*

EL JUEZ ASOCIADO Sr. WOLF, emitió la opinión del tribunal.

Después de varias prórrogas del término para presentar su alegato y de haber señalado esta corte un día para oir

a las partes con el fin de resolver si debía concederse otra prórroga, el apelante radicó finalmente su pretendido alegato que contenía unas ochenta páginas.    En él copia el apelante extensamente las alegaciones y opinión de la corte, que constan de sesenta y dos páginas en maquinilla, pero no presentó una breve exposición de los hechos y dejó asimismo de presentar un señalamiento de errores.    Los apelados solicitaron la desestimación de la apelación.

En el alegato se discuten al parecer un número de errores sin una clara determinación de los mismos y se trata de cuestiones que envuelven un conflicto en la prueba, de modo que la corte tendría que recurrir a los autos sin una especificación de las páginas en las cuales estarían justificadas las alegaciones de los apelantes.    El alegato además de las cosas innecesarias que en él se copian de los autos no es una notificación suficiente a la parte contraria, de las cuestiones en que se ha de insistir en la vista y sería de muy poca ayuda para la corte.    En él no se cumple con las reglas 42 y 43 del reglamento de este tribunal toda vez que no hay señalamiento de error ni ninguna relación concisa de los hechos, y de acuerdo con la regla 60, como ha sido solicitado por los apelados, la apelación debe ser desestimada.    *Roig* v. *Pérez,* 27 D. P. R. 312; *Goble & Jiménez* v. *Truyol,* 27 D. P. R. 392.

Ejercitamos nuestra discreción en esta forma con menos vacilación puesto que el pleito en cuestión ha estado pendiente por largo tiempo y la apelación no ha sido seguida con vigor.

*Desestimada la apelación interpuesta.*

Jueces concurrentes: Sres. Asociados del Toro, Aldrey y Hutchison.

El Juez Presidente Sr. Hernández no tomó parte en la resolución de este caso.